JS - 6/ENTER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JORDACHE STEPTER,<br><br>　　　　Petitioner,<br><br>　　　v.<br><br>CHAVRON PARKS, et al.,<br><br>　　　　Respondent. | Case No. CV 11-8662-JSL (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the petition is dismissed with prejudice.

Dated: __1/3/12_

　　　　　　　　　　　　_____
　　　　　　　　　　　　J. Spencer Letts
　　　　　　　　　　　　United States District Judge