JS - 6/ENTER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JORDACHE STEPTER,<br><br>    Petitioner,<br><br>    v.<br><br>CHAVRON PARKS, et al.,<br><br>    Respondent. | Case No. CV 11-8662-JSL (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the petition is dismissed with prejudice.

Dated: __1/3/12_

*J. Spencer Letts*
J. Spencer Letts
United States District Judge